

*The Law Offices of*

## GEOFFREY T. MOTT, P.C.

| | | |
|---|---|---|
| 736 Valley Road | email: gmott@geoffreymottlaw.com | 7600 Jericho Tpke, Ste. 105 |
| Montclair, N.J. 07043 | web: www.geoffreymottlaw.com | Woodbury, N.Y. 11797 |
| Tel: (973) 655-8989 | | Tel: (516) 544-4600 |
| Fax: (973) 655-0077 | | Fax: (516) 544-4601 |

February 15, 2024

VIA ECF
Hon. Dale E. Ho
United States Federal Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Re:* Reynolds v. City of New York, Dkt. No. 23-cv-09792

Dear Honorable Judge Ho:

 I represent the Plaintiff, Mr. Terrance Reynolds in the above matter as counsel at the Law Firm of Geoffrey T. Mott. I have met and conferred with Corporation Counsel, and upon consent request that the herein case be stayed until the Second Circuit Court of Appeals has rendered it's decision in the companion case *Reynolds v. City of New York*, Dkt. No. 23-76. Said case was argued in front of the Second Circuit Court of Appeals on October 23, 2023, and as such, we anticipate a stay to be for but a brief period of time.

 "In making the decision to grant or deny a motion to stay, courts consider five factors: (1) the private interests of the plaintiffs in proceeding expeditiously with the civil litigation as balanced against the prejudice to the plaintiffs if delayed; (2) the private interests of and burden on the defendants; (3) the interests of the courts; (4) the interests of persons not parties to the civil litigation; and (5) the public interest." *Travelers Cas. & Sur. Co. of Am. v. DiPizio Const. Co.*, 103 F. Supp. 3d 366, 370 (W.D.N.Y. 2015); citing *Kappel v. Comfort,* 914 F.Supp. 1056, 1058 (S.D.N.Y.1996).

 The basis for the request is in the interest of efficiency. If Plaintiff is successful on appeal, any mediation or settlement discussions would necessitate the resolution of both matters, as a global settlement. Said cases both stem from incidents that occurred at Plaintiff's workplace, New York City Department of Environmental Protection and involve similar parties. As such, any mediation prior to the outcome of the Appeal would be futile. Since we are requesting a short stay,

Hon. Dale E. Ho
February 15, 2024
Page 2 of 2,

until the Second Circuit Court of Appeals renders its decision, neither party will be prejudiced, and said impediment to earnestly engage in the SDNY mediation program will be removed.

      As such, we kindly request that Your Honor stay the herein matter until such a time that the Second Circuit Court of Appeals renders its decision in Reynolds v. City of New York, Dkt. No. 23-76.

      Thank you for your kind consideration in this matter.

      Yours truly,

*Cathryn Harris-Marchesi*

cc: E. Arbizo, Esq. VIA ECF       Cathryn Harris-Marchesi, Esq.

Application GRANTED.

All proceedings and deadlines in this case are **STAYED**, pending further order of the Court. Within **one week** of the Second Circuit Court of Appeals decision being rendered in *Reynolds v. City of New York*, Dkt. No. 23-76, parties shall file a joint status letter on ECF proposing the next steps in this litigation.

The Clerk of Court is respectfully requested to close ECF No. 15.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: February 16, 2024
New York, New York