*The Law Offices of*

# GEOFFREY T. MOTT, P.C.

| 736 Valley Road | email: gmott@geoffreymottlaw.com | 7600 Jericho Tpke, Ste. 105 |
|---|---|---|
| Montclair, N.J. 07043 | web: www.geoffreymottlaw.com | Woodbury, N.Y. 11797 |
| Tel: (973) 655-8989 | | Tel: (516) 544-4600 |
| Fax: (973) 655-0077 | | Fax: (516) 544-4601 |

March 12, 2024

VIA ECF
Hon. Dale E. Ho
United States Federal Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Re:* Reynolds v. City of New York, Dkt. No. 23-cv-09792

Dear Honorable Judge Ho:

As you are aware we represent Mr. Terrance Reynolds, Plaintiff, in the above matter. On February 15, 2024, Plaintiff requested a stay, which the Court granted, until the Second Circuit Court of Appeals rendered its decision in the companion case *Reynolds v. City of New York*, Dkt. No. 23-76. The Second Circuit rendered its decision on Monday, March 11, 2024 in favor of Defendant City of New York. As per the Court's February 16, 2024 Order (**DE#16**), the parties have met and conferred and request that said stay be lifted.

Furthermore, the parties respectfully request that the Court adopt the herein motion briefing schedule for Defendants' motion to dismiss:

| | |
|---|---|
| Defendants' Motion to Dismiss | Friday March 22, 2024 |
| Plaintiff's Motion in Opposition | Friday April 26, 2024 |
| Defendants' Motion in Reply | Wednesday May 15, 2024 |

Thank you for your kind consideration in this matter.

Yours truly,

Cathryn Harris-Marchesi, Esq.
Of Counsel
*Attorneys for Plaintiff*

cc: E. Arbizo, Esq. VIA ECF