UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRENCE REYNOLDS,<br><br>                              Plaintiff,<br><br>                   v.<br><br>CITY OF NEW YORK, et al.,<br><br>                              Defendants. | 23 Civ. 9792 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

    An order issued March 13, 2024, scheduled an initial pre-trial conference for April 9, 2024, and required the parties to file a joint status letter and proposed case management plan by April 2, 2024.  *See* ECF No. 20.  On March 25, 2024, Plaintiffs filed a proposed case management plan where the parties indicated they consent to staying discovery pending resolution of the Motion to Dismiss.  *See* ECF No. 24.

    It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  Discovery is stayed pending resolution of the Motion to Dismiss.  ECF No. 21.

    SO ORDERED.

Dated: April 3, 2024
       New York, New York

_____
DALE E. HO
United States District Judge
