**MEMO ENDORSED**

*The Law Offices of*

# GEOFFREY T. MOTT, P.C.

| 736 Valley Road | email: | 7600 Jericho Tpke, Ste. 105 |
| Montclair, N.J. 07043 | web: gmott@geoffreymottlaw.com | Woodbury, N.Y. 11797 |
| Tel: (973) 655-8989 | www.geoffreymottlaw.com | Tel: (516) 544-4600 |
| Fax: (973) 655-0077 | | Fax: (516) 544-4601 |

April 24, 2024

VIA ECF
Hon. Dale E. Ho
United States Federal Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Reynolds v. City of New York, Dkt. No. 23-cv-09792

Dear Honorable Judge Ho:

As you are aware we represent Mr. Terrance Reynolds, Plaintiff, in the above matter. We have met and conferred with Defense Counsel regarding the briefing schedule. Parties respectfully request, based on mutual consent, that the current briefing schedule for the opposition to the motion to dismiss and the reply be extended as follows:

| Plaintiff's Motion in Opposition | Monday May 13, 2024 |
| Defendants' Motion in Reply | Friday, May 31, 2024 |

Said request for extension is based on an unexpected familial medical emergency which required Plaintiff' Counsel to travel out of State very unexpectedly.

Thank you for your kind consideration in this matter

Yours truly,

Cathryn Harris-Marchesi, Esq.
Of Counsel
Attorneys for Plaintiff

cc: E. Arbizo, Esq. VIA ECF

Application **GRANTED**.
Plaintiff's opposition is due **May 13, 2024** and Defendants' reply is due **May 31, 2024**.

The Clerk of Court is respectfully requested to close ECF No. 29.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: April 25, 2024