# EXHIBIT B

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:22-cv-01910-VEC

Reynolds v. The City of New York
Assigned to: Judge Valerie E. Caproni
Cause: 42:1983 Civil Rights Act

Date Filed: 03/07/2022
Date Terminated: 12/20/2022
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Terrence Reynolds**   represented by   **Thomas Anthony Ricotta**
Ricotta & Marks, P.C.
Ricotta & Marks, P.C.
24-11 41st Avenue
Ste Second Floor
Long Island City, NY 11101
347-464-8694
Fax: 800-483-4508
Email: tricotta@ricottaandmarks.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The City of New York**   represented by   **Dominique F. Saint-Fort**
New York City Law Depart. Office of the Corporation Counsel
100 Church Street
New York, NY 10007
212-356-2444
Fax: 212-356-2349
Email: dsaintfort@littler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2022 | 1 | COMPLAINT against The City of New York. (Filing Fee $ 402.00, Receipt Number ANYSDC-25822974)Document filed by Terrence Reynolds..(Ricotta, Thomas) (Entered: 03/07/2022) |
| 03/07/2022 | 2 | CIVIL COVER SHEET filed..(Ricotta, Thomas) (Entered: 03/07/2022) |
| 03/07/2022 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to The City of New York, re: 1 Complaint. Document filed by Terrence Reynolds..(Ricotta, Thomas) (Entered: |

| | | |
|---|---|---|
| | 03/07/2022 | |
| 03/08/2022 | | ***NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Thomas Anthony Ricotta. The following case opening statistical information was erroneously selected/entered: Nature of Suit code 442 (Civil Rights: Jobs); County code New York. The following correction(s) have been made to your case entry: the Nature of Suit code has been modified to 440 (Civil Rights: Other); the County code has been modified to Suffolk. (vf) (Entered: 03/08/2022) |
| 03/08/2022 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Valerie E. Caproni. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions..(vf) (Entered: 03/08/2022) |
| 03/08/2022 | | Magistrate Judge Sarah L. Cave is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (vf) (Entered: 03/08/2022) |
| 03/08/2022 | | Case Designated ECF. (vf) (Entered: 03/08/2022) |
| 03/08/2022 | 4 | ELECTRONIC SUMMONS ISSUED as to The City of New York. (vf) (Entered: 03/08/2022) |
| 03/28/2022 | 5 | NOTICE OF APPEARANCE by Dominique F. Saint-Fort on behalf of The City of New York..(Saint-Fort, Dominique) (Entered: 03/28/2022) |
| 03/28/2022 | 6 | LETTER MOTION for Extension of Time *to Respond to Complaint* addressed to Judge Valerie E. Caproni from Dominique F. Saint-Fort dated March 28, 2022. Document filed by The City of New York..(Saint-Fort, Dominique) (Entered: 03/28/2022) |
| 03/28/2022 | 7 | ORDER granting 6 Letter Motion for Extension of Time. Application GRANTED. Defendant's time to answer, move, or otherwise respond to the Complaint is adjourned to Friday, April 29, 2022. SO ORDERED.. (Signed by Judge Valerie E. Caproni on 3/28/2022) (ks) (Entered: 03/28/2022) |
| 03/28/2022 | | Set/Reset Deadlines: The City of New York answer due 4/29/2022. (ks) (Entered: 03/28/2022) |
| 04/29/2022 | 8 | MOTION to Dismiss *the Complaint*. Document filed by The City of New York..(Saint-Fort, Dominique) (Entered: 04/29/2022) |
| 04/29/2022 | 9 | DECLARATION of Dominique F. Saint-Fort in Support re: 8 MOTION to Dismiss *the Complaint*.. Document filed by The City of New York. (Attachments: # 1 Exhibit OATH Report, # 2 Exhibit Commissioner's Determination, # 3 Exhibit OATH Transcript).(Saint-Fort, Dominique) (Entered: 04/29/2022) |
| 04/29/2022 | 10 | MEMORANDUM OF LAW in Support re: 8 MOTION to Dismiss *the Complaint*. . Document filed by The City of New York..(Saint-Fort, Dominique) (Entered: 04/29/2022) |

| | | |
|---|---|---|
| 04/29/2022 | 11 | ORDER with respect to 8 Motion to Dismiss. IT IS HEREBY ORDERED that any response in opposition to the motion is due no later than Friday, May 20, 2022 and any reply in support is due no later than Friday, June 3, 2022. The Court reminds Plaintiff that in lieu of responding to the motion to dismiss, Plaintiff may file an amended complaint in line with Rule 4(E)(i) of the undersigned's Individual Practices in Civil Cases. SO ORDERED. (Signed by Judge Valerie E. Caproni on 4/29/2022) (tg) (Entered: 04/29/2022) |
| 04/29/2022 | | Set/Reset Deadlines: Responses due by 5/20/2022 Replies due by 6/3/2022. (tg) (Entered: 04/29/2022) |
| 05/02/2022 | 12 | NOTICE OF INITIAL PRETRIAL CONFERENCE: At the scheduled time, counsel for all parties should call 888-363-4749, Access code 3121171#, Security code 1910. Initial Conference set for 5/27/2022 at 02:30 PM before Judge Valerie E. Caproni. (Signed by Judge Valerie E. Caproni on 5/2/2022) (tg) (Entered: 05/02/2022) |
| 05/19/2022 | 13 | PROPOSED CASE MANAGEMENT PLAN. Document filed by The City of New York..(Saint-Fort, Dominique) (Entered: 05/19/2022) |
| 05/19/2022 | 14 | JOINT LETTER addressed to Judge Valerie E. Caproni from Dominique F. Saint-Fort dated May 19, 2022 re: Initial Pretrial Conference. Document filed by The City of New York..(Saint-Fort, Dominique) (Entered: 05/19/2022) |
| 05/19/2022 | 15 | MEMO ENDORSEMENT: on re: 14 Letter filed by The City of New York. ENDORSEMENT: Discovery in this matter is hereby STAYED pending the Court's resolution of the motion to dismiss. The initial pre-trial conference, currently scheduled for Friday, May 27, 2022 at 2:30 P.M., is CANCELLED. The Court will reschedule the initial pre-trial conference and set discovery deadlines after it has resolved the pending motion to dismiss. SO ORDERED. (Signed by Judge Valerie E. Caproni on 5/19/2022) (ama) (Entered: 05/20/2022) |
| 05/20/2022 | 16 | AMENDED COMPLAINT amending 1 Complaint against The City of New York with JURY DEMAND.Document filed by Terrence Reynolds. Related document: 1 Complaint. (Attachments: # 1 Supplement Amended Complaint (Redlined Version per Court's Individual Rules)).(Ricotta, Thomas) (Entered: 05/20/2022) |
| 05/23/2022 | 17 | ORDER: denying as moot 8 Motion to Dismiss. IT IS HEREBY ORDERED that Defendants' motion to dismiss is DENIED as moot. The Clerk of Court is respectfully directed to close the open motion at docket entry 8. SO ORDERED. (Signed by Judge Valerie E. Caproni on 5/23/2022) (ama) (Entered: 05/23/2022) |
| 05/31/2022 | 18 | MOTION to Dismiss *the Amended Complaint*. Document filed by The City of New York..(Saint-Fort, Dominique) (Entered: 05/31/2022) |
| 05/31/2022 | 19 | DECLARATION of Dominique F. Saint-Fort in Support re: 18 MOTION to Dismiss *the Amended Complaint*.. Document filed by The City of New York. (Attachments: # 1 Exhibit OATH Report, # 2 Exhibit Commissioner's Determination, # 3 Exhibit OATH Transcript).(Saint-Fort, Dominique) (Entered: 05/31/2022) |
| 05/31/2022 | 20 | MEMORANDUM OF LAW in Support re: 18 MOTION to Dismiss *the Amended Complaint*. . Document filed by The City of New York..(Saint-Fort, Dominique) (Entered: 05/31/2022) |

| Date | # | Description |
|---|---|---|
| 06/14/2022 | 21 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply (Requesting the Court So Order a Briefing Schedule on Defendant's Motion to Dismiss) addressed to Judge Valerie E. Caproni from Thomas Ricotta dated June 14, 2022. Document filed by Terrence Reynolds..(Ricotta, Thomas) (Entered: 06/14/2022) |
| 06/14/2022 | 22 | ORDER granting 21 Letter Motion for Extension of Time to File Response/Reply re 21 CONSENT LETTER MOTION for Extension of Time to File Response/Reply (Requesting the Court So Order a Briefing Schedule on Defendant's Motion to Dismiss) addressed to Judge Valerie E. Caproni from Thomas Ricotta dated June 14, 2022., 18 MOTION to Dismiss *the Amended Complaint*. Application GRANTED. SO ORDERED. Responses due by 6/28/2022 Replies due by 7/12/2022. (Signed by Judge Valerie E. Caproni on 6/14/2022) (tg) (Entered: 06/14/2022) |
| 06/28/2022 | 23 | MEMORANDUM OF LAW in Opposition re: 18 MOTION to Dismiss *the Amended Complaint*. . Document filed by Terrence Reynolds..(Ricotta, Thomas) (Entered: 06/28/2022) |
| 07/06/2022 | 24 | REPLY MEMORANDUM OF LAW in Support re: 18 MOTION to Dismiss *the Amended Complaint*. . Document filed by The City of New York..(Saint-Fort, Dominique) (Entered: 07/06/2022) |
| 12/19/2022 | 25 | OPINION AND ORDER re: 18 MOTION to Dismiss *the Amended Complaint*. filed by The City of New York. For the reasons stated above, Defendant's motion to dismiss is GRANTED, and the Amended Complaint is DISMISSED with prejudice. The Clerk of Court is respectfully directed to terminate all open motions and to CLOSE the case. SO ORDERED. (Signed by Judge Valerie E. Caproni on 12/19/2022) (tg) Transmission to Orders and Judgments Clerk for processing. (Entered: 12/19/2022) |
| 12/20/2022 | 26 | CLERK'S JUDGMENT re: 25 Memorandum & Opinion in favor of The City of New York against Terrence Reynolds. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated December 19, 2022, Defendant's motion to dismiss is GRANTED, and the Amended Complaint is DISMISSED with prejudice; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 12/20/2022) (Attachments: # 1 Right to Appeal) (km) (Entered: 12/20/2022) |
| 01/17/2023 | 27 | NOTICE OF APPEAL from 25 Opinion & Order. Document filed by Terrence Reynolds. Filing fee $ 505.00, receipt number 11148. Form D-P is due within 14 days to the Court of Appeals, Second Circuit..(nd) (Entered: 01/18/2023) |
| 01/18/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 27 Notice of Appeal..(nd) (Entered: 01/18/2023) |
| 01/18/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 27 Notice of Appeal filed by Terrence Reynolds were transmitted to the U.S. Court of Appeals..(nd) (Entered: 01/18/2023) |
| 04/01/2024 | 28 | MANDATE of USCA (Certified Copy) as to 27 Notice of Appeal filed by Terrence Reynolds USCA Case Number 23-0076-cv. UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the district court is AFFIRMED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 4/1/2024. (tp) (Entered: 04/01/2024) |
| 04/01/2024 | | Transmission of USCA Mandate/Order to the District Judge re: 28 USCA Mandate. (tp) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/13/2024 19:22:57 | | | |
| PACER Login: | caharris | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:22-cv-01910-VEC |
| Billable Pages: | 4 | Cost: | 0.40 |