# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

TERRENCE REYNOLDS,

                     Plaintiff,                    23 **CIVIL** 9792 (DEH)

     -against-                              **<u>JUDGMENT</u>**

THE CITY OF NEW YORK, GEROULD MCCOY,
HAMAN (first name unknown), CHRISTOPHER
MARTELL, and MICHAEL PARENTE,

                     Defendants.

-----------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2025, Defendants' Motion to Dismiss is GRANTED. The Complaint is hereby DISMISSED in full as to all Defendants.

**Dated:** New York, New York

      March 28, 2025

                                      **TAMMI M. HELLWIG**
                                         **Clerk of Court**

                    **BY:**    *K. Mango*

                                         **Deputy Clerk**